IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| LEO P. COLLINS, <br> TDCJ No. 2210254, <br><br> Plaintiff, <br><br> V. <br><br> DALLAS LEADERSHIP FOUNDATION and JAMES REED, <br><br> Defendants. | § § § § § § § § § § § § § | No. 3:21-cv-2568-E |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case (the Initial FCR) and supplemented the Initial FCR after Plaintiff filed a second amended complaint (the Supplemental FCR). An objection was filed by Plaintiff. The District Court reviewed *de novo* those portions of the proposed findings, conclusions, and recommendations to which objection was made, and reviewed the remaining portions of both FCRs for plain error. Finding no error, the Court ACCEPTS the Initial FCR and the Supplemental FCR.

SO ORDERED this 22nd day of December, 2021.

_____
ADA BROWN
UNITED STATES DISTRICT JUDGE